ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 1 8 2018

JAMES N. HATTEN, Clerk
By: [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>WAYNE PATTERSON | Criminal Indictment<br>No. 1:18-CR-498 |

THE GRAND JURY CHARGES THAT:

**Count One**

On or about July 20, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did obstruct, delay and affect commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Family Dollar, located at 1830 Highway 138, Conyers, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee and customer by means of actual and threatened force, violence, and fear of injury, all in violation of Title 18, United States Code, Section 1951(a).

**Count Two**

On or about July 20, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did knowingly carry and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count One of this Indictment, and during and in relation

to commission of the offense, did brandish a firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(ii).

**Count Three**

On or about July 21, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did obstruct, delay and affect commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Dollar General, located at 2779 Lakewood Avenue SW, Atlanta, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee and customer by means of actual and threatened force, violence, and fear of injury, all in violation of Title 18, United States Code, Section 1951(a).

**Count Four**

On or about July 21, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did knowingly carry and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Three of this Indictment, and during and in relation to commission of the offense, did brandish a firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(C)(i).

**Count Five**

On or about July 23, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did obstruct, delay and affect commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Family Dollar, located at 674 Highway 138, Riverdale, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee and customer by means of actual and threatened force, violence, and fear of injury, all in violation of Title 18, United States Code, Section 1951(a).

**Count Six**

On or about July 23, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did knowingly carry and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Five of this Indictment, and during and in relation to commission of the offense, did brandish a firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(C)(i).

**Count Seven**

On or about July 24, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did obstruct, delay and affect commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of

an employee of Family Dollar, located at 1245 Veterans Memorial Parkway, Mableton, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee and customer by means of actual and threatened force, violence, and fear of injury, all in violation of Title 18, United States Code, Section 1951(a).

**Count Eight**

On or about July 24, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did knowingly carry and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Seven of this Indictment, and during and in relation to commission of the offense, did brandish a firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(C)(i).

**Count Nine**

On or about July 26, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did obstruct, delay and affect commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Dollar General, located at 286 Highway 138, Riverdale, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee and customer by means of actual and threatened force, violence, and fear of injury, all in violation of Title 18, United States Code, Section 1951(a).

**Count Ten**

On or about July 26, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did knowingly carry and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Nine of this Indictment, and during and in relation to commission of the offense, did brandish a firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(C)(i).

**Count Eleven**

On or about July 27, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did obstruct, delay and affect commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Family Dollar, located at 2830 SR-138, Jonesboro, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee and customer by means of actual and threatened force, violence, and fear of injury, all in violation of Title 18, United States Code, Section 1951(a).

**Count Twelve**

On or about July 27, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did knowingly carry and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery, in violation of Title 18, United States Code, Section

1951(a), as charged in Count Eleven of this Indictment, and during and in relation to commission of the offense, did brandish a firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(C)(i).

**Count Thirteen**

On or about July 28, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did obstruct, delay and affect commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Family Dollar, located at 7132 Tara Boulevard, Jonesboro, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee and customer by means of actual and threatened force, violence, and fear of injury, all in violation of Title 18, United States Code, Section 1951(a).

**Count Fourteen**

On or about July 28, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did knowingly carry and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Thirteen of this Indictment, and during and in relation to commission of the offense, did brandish a firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(C)(i).

**Count Fifteen**

On or about August 17, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did obstruct, delay and affect commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Citi Trends, located at 3205 Elm Street NE, Covington, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee and customer by means of actual and threatened force, violence, and fear of injury, all in violation of Title 18, United States Code, Section 1951(a).

**Count Sixteen**

On or about August 17, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, did knowingly carry and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Fifteen of this Indictment, and during and in relation to commission of the offense, did brandish a firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(C)(i).

**Count Seventeen**

On or about August 20, 2018, in the Northern District of Georgia, the Defendant, WAYNE PATTERSON, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess the

following firearm in and affecting interstate and foreign commerce: a Lorcin model L380 pistol, in violation of Title 18, United States Code, Section 922(g)(1).

**Forfeiture**

Upon conviction of one or more of the offenses alleged in Counts One, Three, Five, Seven, Nine, Eleven, Thirteen, and Fifteen of this Indictment, the defendant, WAYNE PATTERSON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting or derived from any proceeds traceable to the offense(s), including but not limited to the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense for which the defendant is convicted.

Upon conviction of one or more of the offenses alleged in Counts Two, Four, Six, Eight, Ten, Twelve, Fourteen, Sixteen, and Seventeen of this Indictment, the defendant, WAYNE PATTERSON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offense, including but not limited to the following: a Lorcin model L380 pistol, bearing serial number 329326, that law enforcement seized on August 20, 2018.

If, as a result of any act or omission of a defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property or seek a money judgment against said defendant for any amount that would constitute the proceeds of such violation.

A True Bill BILL

FOREPERSON

BYUNG J. PAK
*United States Attorney*

BRET R. HOBSON
*Assistant United States Attorney*
Georgia Bar No. 882520

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181