U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

DEC 1 8 2018

JAMES N. HATTEN, Clerk
By:

Division: Atlanta
(USAO: 2018R01132)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Newton

**DISTRICT COURT NO.** 1:18-CR-498

**MAGISTRATE CASE NO.**

X Indictment
DATE: December 18, 2018

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
WAYNE PATTERSON

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   Yes   X No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   Yes   X No

**Will the defendant require an interpreter?**   Yes   X No

District Judge:

Attorney: Bret Reed Hobson
Defense Attorney: