U.S. Department of Justice  
United States Attorney

FILED IN CHAMBERS  
U.S.D.C. Atlanta

December 18, 2018  
DEC 1 8 2018  
Date Submitted

JAMES N. HATTEN, Clerk  
By:

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

WAYNE PATTERSON

Indictment/Information

**1:18-CR- 498**

December 18, 2018  
Date of Indictment

### REQUEST FOR ARRAIGNMENT – In Local Custody

Wayne Patterson  
(Name)  
Newton County Jail, 15151 Alcovy Road,  
Covington, Georgia 30014  
(Institution)

December 17, 2018  
(Date Verified)

ATTORNEY FOR DEFENDANT

Bret Reed Hobson  
Assistant United States Attorney