U.S. Department of Justice  
United States Attorney

FILED IN CHAMBERS  
U.S.D.C. Atlanta

December 27, 2018  
Date Submitted

DEC 27 2018

JAMES N. HATTEN, Clerk  
By:

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

WAYNE PATTERSON

Indictment/Information

1:18-CR-498

December 18, 2018  
Date of Indictment

## REQUEST FOR ARRAIGNMENT – In Local Custody

Wayne Patterson  
(Name)  
Newton County Jail  
(Institution)

December 17, 2018  
(Date Verified)

ATTORNEY FOR DEFENDANT

Bret Reed Hobson  
Assistant United States Attorney