Exhibit "B"

8/8/2019

Attn: Judge Steve Jones

My name is Tori Morgan. I am Wayne's first cousin. My address is 4022 Tuckers Glen Ln, and I live in Charlotte NC. My phone # is 980-248-5301.

I know Wayne because our parents are brother and sister. We have gotten close during the last past four years. We connected threw facebook while he was in California, and have stayed connected ever since.

Wayne later moved to Charlotte and would come over and cook full course meals for me and his friend, because he knows I can't cook. Wayne has became a brother to me due to us having the struggle life as kids.

A memory that stands out the most for me about Wayne is, last year I had to put my dog to sleep, due to cancer. Wayne knew how bad I struggled with my dog not being here anymore. I don't have kids, and my dog was my child. He called from Atl everyday to check on me. As his dog was having puppies, he picked a pup out for me, and after six weeks, was determined to bring the puppy to my front step whether I wanted it or not. He was actually going to drive 4 hrs to bring me a dog. I wasn't ready for another dog but he felt that would help me heal.

Judge Jones, Wayne really is a sweetheart. I believe he has mental struggles from childhood issues. Please forgive him.