Exhibit "C"

Honorable Judge: Steve C. Jones

I hope you would take a few moments of your time to read this character letter I wrote for your consideration in regards to my sentencing.

People who know me would consider me as someone you would always depend on, as well as being an amazing friend who would always be there for them. Some may say I'm too nice, and too honest a lot of the time. All together I'm really a caring person who is ready to help anybody in need. I have a family of my own, and most of all I consider myself first, and foremost as a loving father, and a dedicated long term companion.

As a child I suffered a great deal of mental, verbal, and physical abuse, along with the broken promises of hopes, and wishes by my own mother, and father. So as a father I found myself at first desperate, and weak, but overtime I learned to be a better father. I would do anything to make sure my children were happy, and would never have to experience the things I went through as a child.

So please understand with the thought of losing an opportunity to have my son for the first summer due to a broken promise, or losing everything that I worked hard for, because I was not able to fund a trip to LAS VEGAS, NV. To pick up my son, and be able to make my payments at the same time. So I became desperate, and overcome with emotional pressure that pushed me to experiment with a control substance.

Now every day that I am in jail my children suffer mentally as well as emotionally without me. I realize the pain, and disappointment I caused to the people that love me as well. I wish now I would have acknowledge that I needed professional help for the emotional pressure that pushed me to experiment with a control substance.

This then caused me to make drastic decisions I now regret while I was under the influence, and it interfered with my psychological thinking of being something, or someone completely out of my character.

From the time I spent sitting in my cell I asked myself, "How can I really explain my actions? " The only answer I have, is to be completely honest from now on, even if it may sound to others as a poor excuse for my actions.

I do understand that with my actions, I have to face consequences. I am sorry for what I did, and accept full responsibility for what I did, without any further excuse to justify my actions. I ask for your consideration for a possible minimum sentence so that I can get back to my children to provide, and be there for my own family, also restart my life at a reasonable age please. I would also like to thank you for your time in reading this letter as well.

Respectfully Submitted:

_____
WAYNE A. PATTERSON.

[Notary Seal: OLIVIA RICARD, NOTARY PUBLIC, GEORGIA, HENRY COUNTY, EXPIRES Feb. 12, 2023]

C. Olivia Ricard
15 Aug 2019



Summer 2018

Summer 2018

