# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00498-SCJ-LTW
## USA v. Patterson
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 09/26/2019.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 3:00 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: David Ritchie
USPO: Felicia White
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| DEFENDANT(S): | [1]Wayne Patterson Present at proceedings |
| ATTORNEY(S) PRESENT: | Michael Brown representing USA<br>Judy Fleming representing Wayne Patterson<br>Bret Hobson representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentencing hearing as to Counts 1, 2, 3, 4, 5, 7, 9, 11, 13, and 15. Sentence imposed: 72 months imprisonment as to Counts 1, 3, 5, 7, 9, 11, 13 and 15, to be served concurrently; 84 months imprisonment as to each of Counts 2 and 4, to be served consecutively to each other and consecutively to all other counts; for a total term of imprisonment of 240 months, to run concurrently with any sentence that may be imposed by the State of Georgia for these same offenses; 3 years supervised release as to Counts 1, 3, 5, 7, 9, 11, 13 and 15, and 2 years supervised release as to Counts 2 and 4, with all terms to run concurrently; $1,000.00 special assessment; forfeiture; $3,058.93 restitution. Defendant was advised of his appeal rights and remanded to custody. |
| HEARING STATUS: | Hearing Concluded |